# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

RCBA NUTRACEUTICALS, LLC.,

        **Plaintiff,**

    **v.**                                     **Case No. 23-cv-305**

PROAMPAC HOLDINGS, INC.,

        **Defendant.**

☒     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the defendant's motion to dismiss (ECF No. 8) is **denied in part and granted in part**. It is **denied** with respect to defendant's claim that Fed. R. Civ. P. 12(b)(2) warrants dismissal for lack of personal jurisdiction. It is **granted** with respect defendant's claim that the complaint fails to state a claim on which relief can be granted.

        **IT IS FURTHER ORDERED t**his case is **DISMISSED** with prejudice.

Date: July 5, 2023

                Gina M. Colletti, Clerk of Court
                EASTERN DISTRICT OF WISCONSIN
                (By) Deputy Clerk, s/Mary Murawski
                Approved this 5th day of July, 2023.

                WILLIAM E. DUFFIN
                United States Magistrate Judge